**ORIGINAL**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA

    v.

RAFAEL MARTINEZ,

           Defendant.

- - - - - - - - - - - - - - - - - - - - - x

NOTICE OF INTENT
TO FILE AN INFORMATION

07 Cr.

**07 CRIM 865**

        Please take notice that the United States Attorney's Office will file an information upon the defendant's waiver of indictment, pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated:    New York, New York
           September 4, 2007

                          MICHAEL J. GARCIA
                          United States Attorney

      By:  _____
             Marshall A. Camp
             Assistant United States Attorney

AGREED AND CONSENTED TO:

      By:  _____
            Robert Degroot, Esq.
             Attorney for Rafael Martinez

[Stamp: JUDGE CASTEL]

[Stamp: USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: DATE FILED: 9-5-07]

9/5/07 WHEEL A