```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - x
UNITED STATES OF AMERICA          :

        - v. -                    :
                                          WAIVER OF INDICTMENT
RAFAEL MARTINEZ,                  :
                                          07 Cr. 865
            Defendant.            :

                                  :

- - - - - - - - - - - - - - - - - x
```

The above-named defendant, who is accused of violating Title 21, United States Code, Section 846, being advised of the nature of the charge and of his rights, hereby waives, in open Court, prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

_____
RAFAEL MARTINEZ

_____
Robert J. DeGroot, Esq.
Attorney for Rafael Martinez

Witness: _____

Date:    New York, New York
         September 11, 2007