UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

UNITED STATES OF AMERICA,

  -against-

RAFAEL MARTINEZ,

  Defendant.

------------------------------------------------------------x

07 CR 865 (PKC)

ORDER

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/9/07

P. KEVIN CASTEL, U.S.D.J.

  Upon the application of the government, consented to by defense counsel, the plea hearing previously scheduled for November 14, 2007 is adjourned until November 19, 2007 at 10:30 a.m. in Courtroom 12C. I find that the ends of justice will be served by granting a continuance and that taking such action outweighs the best interest of the public and the defendant in a speedy trial. My reasons for this finding are that the grant of the continuance is needed to permit the parties to continue plea negotiations. Accordingly, the time between today and November 19, 2007 is excluded.

  SO ORDERED.

                _____
                P. Kevin Castel
                United States District Judge

Dated: New York, New York
    November 9, 2007