```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - x
                                  :
UNITED STATES OF AMERICA          :
                                  :
        - v. -                    :
                                  :         WAIVER OF INDICTMENT
RAFAEL MARTINEZ,                  :
                                  :         S1 07 Cr. 865 (PKC)
            Defendant.            :
                                  :
                                  :
- - - - - - - - - - - - - - - - - x
```

The above-named defendant, who is accused of violating Title 21, United States Code, Sections 812, 841(a)(1), 841(b)(1)(A), and 846, being advised of the nature of the charges and of his rights, hereby waives, in open Court, prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

```
                          _____
                          RAFAEL MARTINEZ

                          _____
                          ROBERT J. DEGROOT, ESQ.
                          Attorney for Rafael Martinez

        Witness:          _____
```

Date:   New York, New York
        December 27, 2007